UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID L. SCHUMM and LAVERNE J. SCHUMM,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| vs. | )Case No. 05-CV-4114-JPG-DGW ) |
| **NORFOLK SOUTHERN RAILWAY COMPANY,** | ) ) ) ) ) |
| **Defendant.** | ) |

# JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   February 15, 2006

                                      **NORBERT JAWORSKI, CLERK**

                                       **By:s/Deborah Agans**
                                      **Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
                **U. S. DISTRICT JUDGE**